UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LISA ANN DOGUA | CIVIL ACTION NO. 6:21-cv-00138 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Commissioner's decision is affirmed.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 7th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE